**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward F. Murphy                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-12427 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Wells Fargo Bank, N.A. as Trustee for Aegis Asset Backed Securities Trust Mortgage Pass-Through Certificates, Series 2004-3 and index same on the master mailing list.

                                                   Respectfully submitted,

/s/ *Rebecca Solarz*

Rebecca Solarz
07 Dec 2020, 15:52:46, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 23090cca47de737eeabb7d73a2e9fd4d4f27916159e454a13e2cf517196eea6b