# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Edward Murphy  :  CHAPTER 13

        Debtor  :  BANKRUPTCY NO. 19-12427

## **ORDER**

AND NOW, this      day of         , 2021, IT IS HEREBY ORDERED and DECREED Debtor's Motion to Abate Arrears and to Modify Confirmed Chapter 13 Plan is: GRANTED.

Section 2(a)(2) of Debtor' confirmed Chapter 13 Plan, dated February 13, 2020, is modified to provide as follows:

Total Base Amount to be paid to the Chapter 13 Trustee ("Trustee") $481.484.00.

The Plan payments by Debtor shall consist of the total amount previously paid to the date of this Order ($126,773.00.) added to the new monthly Plan payments in the amount of $5,631.33 commencing February, 2021 and continuing for 63 months through April, 2026.

.

                                              Magdeline D. Coleman, B.J.

cc:   Gary E. Thompson, Esquire

      WILLIAM C. MILLER

      ALL CREDITORS ON MATRIX