**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

EDWARD MURPHY

Debtor.

Chapter 13
Case No. 19-12427

**PRAECIPE TO WITHDRAW MOTION TO MODIFY PLAN POST CONFIRMATION**

TO THE CLERK:

Kindly withdraw Debtor's Petition in the above matter, filed on January 25, 2021  as the

debtor no longer requires a Plan modification.

Dated: February 22, 2021

/s/
Gary E. Thompson, Esquire
882 S. Matlack Street, Ste 101
West Chester,  Pennsylvania 19382
Tel: (610) 688-1111
Fax: (610) 431-6363

*Attorney for Debtor*