United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-12427-mdc

Edward F. Murphy     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Feb 26, 2021     Form ID: pdf900     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward F. Murphy, 1489 Russell Road, Paoli, PA 19301-1235 |
| cr | + | CITIMORTGAGE INC. C/O CENLAR, FSB, C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| 14346698 | + | CENLAR FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14318828 | + | CITIMORTGAGE INC. C/O CENLAR, FSB, c/o JILL MANUEL-COUGHLIN, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14308104 | + | Chester County Tax Claim, POB 2748, West Chester, PA 19380-0991 |
| 14308105 | + | Citimortgage, POB 6243, Sioux Falls, SD 57117-6243 |
| 14308108 | + | Wells Fargo Bank, POB 202902, DALLas, TX 75320-2902 |
| 14567170 | + | Wells Fargo Bank, N.A. as Trustee for Aegis Asset, C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 27 2021 02:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2021 02:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 27 2021 02:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14308105 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2021 01:57:07 | Citimortgage, POB 6243, Sioux Falls, SD 57117-6243 |
| 14308106 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2021 02:15:00 | IRS, 600 Arch Street, Room 5200, PhilAdelphia, PA 19106 |
| 14343884 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2021 02:15:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14342947 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2021 01:56:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14347305 | | Email/Text: jennifer.chacon@spservicing.com | Feb 27 2021 02:16:00 | Wells Fargo Bank, N.A., et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14308107 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Philadelphia, PA 19255 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for Aegis Asset Backed Securities Trust Mortgage Pass-Through Certificates, Series 2004-3 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| GARY E. THOMPSON | on behalf of Debtor Edward F. Murphy get24esq@aol.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR  FSB bankruptcy@powerskirn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for Aegis Asset Backed Securities Trust Mortgage Pass-Through Certificates, Series 2004-3 c/o Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com |
| STEPHEN M HLADIK | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for Aegis Asset Backed Securities Trust Mortgage Pass-Through Certificates, Series 2004-3 c/o Select Portfolio Servicing, Inc. shladik@hoflawgroup.com, pfranz@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      Chapter 13
EDWARD F MURPHY

                    Debtor        Bankruptcy No. 19-12427-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 25, 2021

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GARY E THOMPSON
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

Debtor:
EDWARD F MURPHY

1489 RUSSELL ROAD

PAOLI, PA 19301-